# Court of Appeals
# of the State of Georgia

ATLANTA, September 27, 2017

*The Court of Appeals hereby passes the following order*

## A18I0028. SENIOR SOLUTIONS MANAGEMENT GROUP, LLC et al. v. JAMES GREGORY MORTON et al. .

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

17EV000502



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, September 27, 2017.

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*